AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Mark Joseph MARCHAND,<br><br>Defendant(s) | ) ) ) ) ) ) )  Case No. 13-8362-DLB |



FILED by _____ D.C.

AUG - 6 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 6, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(A)<br>21 U.S.C. § 960(a)(1), 960(b)(1)(B) | Importation and possession with intent to distribute a controlled substance, that is 5 kilograms or more of cocaine. |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Agency (DEA) Special Agent Regina Claxton

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Regina Claxton
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/06/2013

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Regina Claxton, being duly sworn, depose and state:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 21. I am a Special Agent with the Drug Enforcement Agency (DEA) and have been so employed since July 2012. As a DEA Special Agent, I have received specialized training and have been responsible for investigating violations of the federal narcotics laws under Title 21. I have conducted numerous investigations of persons involved in and associated with narcotics importation and trafficking.

2. The information in this affidavit is based on my personal knowledge, information provided to me by others, including other law enforcement officials, and my review of other materials. I am fully aware of the facts and circumstances concerning, and have participated in significant aspects of, this investigation, which has included surveillance and the investigation of potential targets.

3. The information contained in this affidavit is submitted for the sole purpose of demonstrating probable cause to support a criminal complaint charging Mark Joseph MARCHAND, hereinafter MARCHAND, for violations of Title 21, United States Code, Sections 841(a), possession with intent to distribute a controlled substance, that is, 5 kilograms or more of cocaine, and Title 21, United States Code, Section 960(a)(1), that is, importation of a controlled substance, namely 5 kilograms or more of cocaine. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

1

## FACTS in SUPPORT of PROBABLE CAUSE

4. On August 5, 2013, at approximately 1:45 p.m., officers assigned to a U.S. Customs Border Protection (CBP) aircraft observed a vessel later identified as Sailing Vessel (S/V) "ARFO", bearing FL 3312KM registration. The location was in the Atlantic Ocean approximately 30 nautical miles east of Hillsborough Inlet, Boynton Beach, Florida, outside of the territorial waters of the United States.

5. On August 6, 2013, at approximately 2:10 a.m., a Customs and Border Protection ("CBP") interceptor vessel was dispatched to make contact with the ARFO. As CBP approached the ARFO vessel, the vessel was observed operating without the use of its navigation lights. CBP Marine Officers then stopped the ARFO North 26° 5', West 80° 4', approximately one nautical mile east of the Port Everglades inlet area within the territorial waters of the United States.

6. CBP Marine Officers observed one male onboard the ARFO vessel identified as Mark Joseph MARCHAND.

7. Subsequent to the stop of the vessel, the crew of the CBP vessel searched the ARFO pursuant to customs border search authority. A K-9 unit consisting of two drug-sniffing trained canines conducted a search of the vessel in which the two canines alerted to the presence of narcotics. CBP Officers then discovered two secret compartments inside of the ARFO vessel. There were twenty-two bricks of cocaine found in one compartment and sixty-five bricks of cocaine were found in the second compartment.

8. In total 87 bricks of cocaine have been recovered from the ARFO vessel. The total gross weight of the 87 bricks is approximately 87 kilograms. The substance

contained within one of the bricks was field-tested and proved positive for the presence of cocaine.

## CONCLUSION

9.  Based on the foregoing, your affiant avers that there is probable cause to charge Mark Joseph MARCHAND with violating Title 21, United States Code Sections 841(a)(1), 841(b)(1)(a), 960(a)(1), and 960(b)(1)(B), that is, knowingly possessing with intent to distribute a controlled substance, that is, five kilograms or more of cocaine, and knowingly importing a controlled substance, that is, five kilograms or more of cocaine.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Special Agent Regina Claxton
Drug Enforcement Administration

Subscribed and sworn to before me this ____ day of August, 2013.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  13-8362-DLB

UNITED STATES OF AMERICA

vs.

MARK JOSEPH MARCHAND,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
Ann.Marie.C.Villafaña@usdoj.gov